UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andrena Jamison                     Docket No. 5:14-MJ-2427-1

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrena Jamison, who, upon an earlier plea of guilty to Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on September 9, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 17, 2015, Jamison committed the offenses of Expired Inspection and Expired Registration (15 CR 726402) in Cumberland County, North Carolina. At the time of the offenses, the defendant was operating a motor vehicle after this court ordered her not to operate a motor vehicle in North Carolina. She admitted to this probation officer that she operated a motor vehicle while not properly licensed. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include two additional days of imprisonment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two additional days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: January 13, 2016

**ORDER OF THE COURT**

Considered and ordered this __13th__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge

Case 5:14-mj-02427-JG   Document 16   Filed 01/13/16   Page 1 of 1