UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2427-1

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING AND** |
| | ) | **CONTINUING SUPERVISION** |
| vs. | ) | |
| | ) | |
| **Andrena Jamison** | ) | |
| | ) | |

On September 09, 2015, Andrena Jamison appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 2) was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on June 16, 2016, the court finds as a fact that Andrena Jamison, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to pay a monetary obligation.
3. Failure to notify the probation officer ten days prior to any change in employment.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision with the following modifications:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

This the 15th day of June, 2016.

Kimberly A. Swank
U.S. Magistrate Judge